**IT IS ORDERED as set forth below:**

Date: September 17, 2009

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-74967-MHM |
| MELISSA TAYLOR IMTIAZ,<br>      Debtor. | CHAPTER 7 |
| U.S. BANK, NA, ITS SUCCESSORS AND ASSIGNS,<br>      Movant. | |
| v. | CONTESTED MATTER |
| MELISSA TAYLOR IMTIAZ,<br>CATHY L. SCARVER, ESQ., Trustee,<br>      Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay August 20, 2009, together with a Notice of Hearing set for September 15, 2009 (Doc. No. 19), regarding Debtor's real estate located at 4386 Reins Ridge, Stone Mountain, GA  30083 (the "Property") and contends service was  proper

upon the above-captioned Respondents. Neither Respondent opposed Movant's Motion; accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed shall be promptly remitted to the Trustee for the benefit of the Estate. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

**PRESENTED BY:**

By: /s/William J. Layng, Jr.
William J. Layng, Jr.
Georgia Bar Number 441550
115 Perimeter Center Pl., Ste. 1000
Atlanta, GA  30346
678-578-3578
blayng@penderlaw.com
Attorney for Movant
Firm File Number: 09-5599

DISTRIBUTION LIST

| | | |
|---|---|---|
| Cathy L. Scarver, Esq.<br>P.O. Box 672587<br>Marietta, GA  30006 | Sharon Sherae Brown<br>S. S. Brown & Associates, PC<br>4296 Memorial Drive, Suite D<br>Decatur, GA  30032 | Melissa Taylor Imtiaz<br>2521 Piedmont Road, Apt. 2412<br>Atlanta, GA  30324 |
| William J. Layng, Jr.<br>Pendergast & Jones, PC<br>115 Perimeter Center Pl., Ste. 1000<br>Atlanta, GA  30346 | | |